# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Sean Lee Arnold**; DOB: 1972; U.S. Citizen<br>**Kristin Lee Peterson**; DOB: 1991; U.S. Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>13-10237 M- |

Complaint for violation of Title 21 United States Code § 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about April 13, 2013, at or near Pearce, in the District of Arizona, **Sean Lee Arnold and Kristin Lee Peterson,** named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree with other persons to possess with intent to distribute less than 50 kilograms of marijuana, that is, approximately 32 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 13, 2013, a Border Patrol Agent observed a black Toyota SUV traveling northbound on Bell Ranch Road near Pearce, Arizona. The agent observed the vehicle enter the driveway of a residence and then watched the driver, later identified as Sean Lee Arnold, walk up to a residence and speak to the homeowner, seemingly asking for directions. Sean Lee Arnold then left the residence. As he pulled onto the road, a second vehicle, a sedan, appeared and was traveling northbound on the same road. Sean Lee Arnold sped up his car and got ahead of the sedan, then abruptly stopped and approached the agent. Sean Lee Arnold began irately asking why Border Patrol was always harassing him and how he didn't have any illegals in his vehicle. When the agent asked Sean Lee Arnold about the ownership of the car, Sean Lee Arnold stated it was his. Records checks revealed the Toyota was registered to Kristin Lee Peterson. A service canine was then requested to the scene and alerted to the vehicle for the presence of an odor he is trained to detect. Inside the vehicle, agents found and seized three bundles of marijuana totaling approximately 32 kilograms. Agents stopped the sedan after records checks revealed that Kristin Lee Peterson as the owner of both of the vehicles. Kristin Lee Peterson was in possession of a phone that had contact with a phone found in the possession of Sean Lee Arnold.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

REQUEST DETENTION

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

Fellrath/js
AUTHORIZED BY: AUSA _Robert A. Fellrath_

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE
_Jacqueline M. Rateau_

1) See Federal rules of Criminal Procedure Rules 3 and 54

SIGNATURE OF COMPLAINANT
John Stein

OFFICIAL TITLE   Border Patrol Agent

DATE
April 15, 2013