JOHN S. LEONARDO
United States Attorney
District of Arizona
JERRY R. ALBERT
Assistant U.S. Attorney
State Bar No. 011370
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jerry.albert@usdoj.gov
Attorneys for Plaintiff

_FILED_ _LODGED_

_RECEIVED_ _COPY_

2013 MAY -8 A 12: 18

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

RCC (CRP)

**CR13- 790 TUC**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Sean Lee Arnold,<br>2. Kristin Lee Peterson,<br><br>(Both defendants Counts 1 and 2)<br><br>Defendants. | I N D I C T M E N T<br><br>VIO: 21 U.S.C. §846<br>(Conspiracy to Possess with Intent to Distribute Marijuana)<br>Count 1<br><br>21 U.S.C. §§841(a)(1) and §841(b)(1)(D)<br>(Possession with Intent to Distribute Marijuana)<br>Count 2 |

**THE GRAND JURY CHARGES:**

### COUNT 1

From a time unknown, to on or about April 13, 2013, at or near Pearce, in the District of Arizona, SEAN LEE ARNOLD and KRISTIN LEE PETERSON, named herein as defendants, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the grand jury, to possess with intent to distribute less than 50 kilograms of marijuana, that is, approximately 32 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

//

//

**COUNT 2**

On or about April 13, 2013, at or near Pearce, in the District of Arizona, SEAN LEE ARNOLD and KRISTIN LEE PETERSON, did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, that is, approximately 32 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

A TRUE BILL

**/s/**
_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

**/s/**

Assistant U.S. Attorney                    MAY 0 8 2013